# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GEVORG GRIGOR MATEVOSYAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, DESERT VIEW ANNEX DETENTION FACILITY,<br><br>Respondent. | No. CV 24-01570-PA (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Petitioner did not file objections. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the Petition without prejudice.

Date: March 31, 2025

_____
PERCY ANDERSON
United States District Judge