JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| GEVORG GRIGOR MATEVOSYAN,<br><br>       Petitioner,<br><br>       v.<br><br>WARDEN, DESERT VIEW ANNEX DETENTION FACILITY,<br><br>       Respondent. | No. CV 24-01570-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and the Petition is dismissed without prejudice.

Date:  March 31, 2025

_____
PERCY ANDERSON
United States District Judge